# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

1901243

FILED

William K. Suter
Clerk of the Court
(202) 479-3011

MAY 10 2005
MICHAEL GANS
CLERK OF COURT

May 5, 2005

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Jaime Eleazar Bustos-Torres
v. United States
No. 04-9968
(Your No. 03-3364)

CR 02-358 JMR/FLN

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 29, 2005 and placed on the docket May 5, 2005 as No. 04-9968.

Sincerely,

**William K. Suter**, Clerk

by [signature]

Heather Trant
Case Analyst

SCANNED
MAY 12 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
MAY 10 2005
U.S. COURT OF APPEA
EIGHTH CIRCUIT