# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

1915079

FILED

JUN 13 2005

MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

June 6, 2005

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

CR 02-358 JMR/FLN

RECEIVED
BY MAIL
JUN 15 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Re: Jaime Eleazar Bustos-Torres
v. United States
No. 04-9968
(Your No. 03-3364)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk

SCANNED
JUN 15 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
JUN 13 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT